**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-01599 JAK (JEMx) | Date | November 9, 2011 |
|---|---|---|---|
| Title | Speculative Product Design, Inc. v. Yanyun Ma, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On November 8, 2011, the parties filed a joint "Notice of Settlement" [26].  The Court sets an Order to Show Cause re Dismissal for December 19, 2011 at 1:30 p.m.  If the parties file a dismissal by December 15, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

The November 10, 2011 Post-Mediation Status Conference, December 19, 2011 Final Pretrial Conference, January 13, 2012 Status Conference re Exhibits, and January 17, 2012 Trial are vacated.

**IT IS SO ORDERED.**

                                                                                                                                :
                                                              Initials of Preparer   ak